PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Jermaine Carlos Diaz | Case Number: 4:07CR00488-001 |
| Name of Sentencing Judge: | The Honorable David Hittner | |
| Date of Original Sentence: | April 14, 2008 | |
| Original Offense: | Failure to register as a sex offender; 18 U.S.C. § 2250(a) | |
| Original Sentence: | 18 months imprisonment; Life supervision.$100 Special Assessment. Special conditions: sex offender registration, sex offender treatment, no residing or working within 100 feet of places used by children under age of 18, no activities where children under the age of 18 congregate, shall not cohabitate with anyone who has children under the age of 18. All conditions subject to approval by the United States Probation Officer. | |
| Type of Supervision: | Supervised Release | Supervision Started: March 6, 2009 |

## EARLIER COURT ACTION

None

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **LAW VIOLATION(MANDATORY CONDITION):** On or about August 13, 2011, Mr. Jermaine Diaz was arrested by the Houston Police Department for felony evading arrest with a motor vehicle, in violation of Title 8, § 38.04 of the Texas Penal Code. He was driving his automobile with a known felon who was carrying a firearm. The police attempted to stop the car due to a traffic violation and Mr. Diaz failed to stop as directed. A short pursuit ensued and the passenger attempted to flee from the vehicle and discard the gun. Mr. Diaz was taken into custody after initially resisted arrest by the Officers. Mr. Diaz had over $4,000 cash in his possession. Mr. Diaz has a pending court case number 1316605 in the 178th District Court of Harris County, Texas. He is scheduled to appear in Court on September 22, 2011. |

**DIAZ, Jermaine Carlos**
**4:07CR00488-001**
**Page 2**

**U.S. Probation Officer Action:**

This Officer respectfully recommends no action be taken at this time due to the case pending in Harris County. This Officer will monitor the situation closely and submit a recommendation to the Court upon disposition of the case in the 178th District Court.

Approved:                                                                 Respectfully submitted:

*Joe Flores*                                            by            *Laurie Ulsh*

Joe Flores, Supervising                                               Laurie Ulsh
U.S. Probation Officer                                                U.S. Probation Officer
                                                                      August 24, 2011

Name of Offender: DIAZ, Jermaine Carlos
Case Number: 4:07CR00488-001
Page Number: 3

[X] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

David Hittner
Senior U. S. District Judge

8/26/11
Date